IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDY ALEXANDRE,** | : | |
| Petitioner | : | No. 1:24-cv-02123 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN J. GREENE,** | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 2nd day of February 2026, after considering pro se Petitioner Eddy Alexandre ("Alexandre")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), Respondent Warden J. Greene's response in opposition to Alexandre's Section 2241 petition (Doc. No. 9), Alexandre's reply brief in further support of his habeas petition (Doc. No. 10), and Alexandre's motion for summary judgment and supporting brief (Doc. Nos. 12, 13), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Alexandre's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**;

2. Alexandre's motion for summary judgment (Doc. No. 12) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania